NOT FINAL UNTIL TIME EXPIRES TO FILE REHEARING
MOTION AND, IF FILED, DETERMINED

IN THE DISTRICT COURT OF APPEAL

OF FLORIDA

SECOND DISTRICT

|  |  |  |
|---|---|---|
| GLORIA M. PINO f/k/a<br>Gloria Pino Blume, | ) | |
| | ) | |
| Appellant, | ) | |
| | ) | |
| v. | ) | Case No. 2D18-1341 |
| | ) | |
| CRAIG D. BLUME, | ) | |
| | ) | |
| Appellee. | ) | |

Opinion filed February 6, 2019.

Appeal pursuant to Fla. R. App. P.
9.130 from the Circuit Court for
Collier County; Hugh D. Hayes, Judge.

J. Kevin Carey of Law Offices of J.
Kevin Carey, P.A., Tampa, for Appellant.

Anthony M. Lawhon of Anthony M.
Lawhon, P.A., Naples, for Appellee.


PER CURIAM.


Affirmed.


CASANUEVA, KELLY, and ATKINSON, JJ., Concur.